```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-20-11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DI MODOLO INT'L,

           Plaintiff,

   v.

DINO MODOLO.

           Defendants.

11 Civ. 3989 (LBS)

**ORDER**

SAND, J.

    Pursuant to consent of the parties to this action, the Temporary Restraining Order dated May 13, 2011 is hereby extended up to and including July 6, 2011.

SO ORDERED.

Dated: June 20, 2011

      New York, NY

_____
              U.S.D.J.