UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DI MODOLO INTERNATIONAL LLC,

                Plaintiff,

vs.

DINO MODOLO,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**NOTICE OF APPEARANCE**

Case No.: 11-cv-03989 (LBS)

**PLEASE TAKE NOTICE,** that the law firm Wuersch & Gering LLP appears as counsel for Plaintiff in the above-captioned action. All correspondence and communications directed to counsel for Plaintiff should be forwarded to Samuel D. Levy at Wuersch & Gering LLP.

Dated: New York, New York
       June 28, 2011

                                        WUERSCH & GERING LLP

                                        Samuel D. Levy (SDL 9271)
                                        *Counsel for Plaintiff*
                                        100 Wall Street, 21st Floor
                                        New York, New York 10005
                                        212-509-5050
                                        samuel.levy@wg-law.com

To:    Andrew T. Solomon, Esq.
         Sullivan & Worcester LLP
         *Counsel for Defendant*
         1290 Avenue of the Americas, 29th Floor
         New York, New York 10104
         212-660-3023