

**MEMO ENDORSED**

# WUERSCH & GERING LLP

Samuel D. Levy
Direct Line:  212-509-4713
Email:       samuel.levy@wg-law.com

June 28, 2011

**BY FEDERAL EXPRESS**

Hon. Leonard B. Sand
United States District Court
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Court Room 15A
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-29-11

Re:   Di Modolo International LLC v. Dino Modolo
      11 Civ. 3989 (LBS) (RLE)

Dear Judge Sand:

We are counsel to Plaintiff, Di Modolo International LLC in the above-referenced matter, which was removed to this Court on June 13, 2011. Oral argument on Plaintiff's application for preliminary injunction is scheduled for July 6, 2011.

During the Court's telephone conference last week, we discussed that we expected to have Plaintiff's reply papers submitted by Thursday, June 30, 2011. We respectfully request the Court to allow our papers to be filed and served one day later, on July 1, 2011. We need the additional day due to scheduling pressures from other matters.

In addition, Your Honor's Individual Rule 2.C limits reply briefs to ten pages. Given that this matter originally was filed in state court, we ask the Court to allow Plaintiff no more than twenty pages to respond to arguments advanced by Defendant, citing to New York federal court authority rather than our original moving papers which were prepared as a state court proceeding.

Thank you for your attention to this matter.

Very truly yours,

Samuel D. Levy

C:   Andrew T. Solomon, Esq. (via e-mail)

**SO ORDERED**

_____
Hon. Leonard B. Sand

**MEMO ENDORSED**

100 Wall Street, 21st Floor | New York, NY 10005 | Tel. 212-509-5050 | Fax 212-509-9559 | www.wg-law.com