UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DI MODOLO INTERNATIONAL LLC,

                              Plaintiff,        **RULE 7.1 DISCLOSURE**

vs.

                                              **1:11-CV-03989 (LBS)**

DINO MODOLO,

                              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned, counsel for Plaintiff, Di Modolo International LLC ("DMI"), a private non-governmental party, certifies that the following are corporate parents, affiliates, and/or subsidiaries of DMI which are publicly held:

None.

Dated: July 1, 2011
       New York, New York

                                              _____
                                              Samuel D. Levy (SDL-9271)
                                              Counsel for DI MODOLO
                                              INTERNATIONAL LLC
                                              Wuersch & Gering LLP
                                              100 Wall Street, 21st Floor
                                              New York, New York 10005
                                              212-509-5050