```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DI MODOLO INT'L,

                Plaintiff,

      v.

DINO MODOLO.

                Defendants.

11 Civ. 3989 (LBS)

**ORDER**

SAND, J.

    Plaintiff's Application for a Preliminary Injunction is hereby denied for the reasons stated at Oral Argument before the Court on July 6, 2011. Counsel shall consult with each other concerning the future progress of this litigation and apprise the Court in writing no later than July 20, 2011.

SO ORDERED

Dated: July 11, 2011

        New York, NY

_____
                      U.S.D.J.