UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DI MODOLO INTERNATIONAL LLC,

                              Plaintiff,        **NOTICE OF**
vs.                                        **VOLUNTARY DISMISSAL**

DINO MODOLO,                                 1:11-CV-03989 (LBS)

                              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PLEASE TAKE NOTICE,** that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 41(a)(1)(B), Plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: August 4, 2011
       New York, New York

                                              WUERSCH & GERING LLP

                                            _____
                                            Samuel D. Levy
                                            Counsel for Plaintiff Di Modolo
                                            International LLC
                                            100 Wall Street, 21st Floor
                                            New York, New York 10005
                                            212-509-5050

To:     Andrew T. Solomon, Esq.
          Sullivan & Worcester LLP
          *Counsel for Defendant*
          1290 Avenue of the Americas, 29th Floor
          New York, New York 10104
          212-660-3023